NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com
Petitioner Pro Se

**FILED**

**JAN 08 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**PHK**

Case No. **CV-25  80001-MISC.**

IN RE DIGITAL MILLENNIUM
COPYRIGHT ACT SECTION 512(h)
SUBPOENA TO GOOGLE LLC

REQUEST TO THE CLERK FOR
ISSUANCE OF SUBPOENA PURSUANT
TO 17 U.S.C. § 512(h) TO IDENTIFY
ALLEGED COPYRIGHT INFRINGER(S)

Petitioner Nima Gharavi ("Petitioner") respectfully requests that the Clerk of this Court issue a subpoena pursuant to 17 U.S.C. § 512(h) to Google LLC ("Service Provider") for the purpose of identifying one or more alleged infringers of Petitioner's copyright(s). In support of this Petition, Petitioner states as follows:

1. **Petitioner's Copyright Ownership**: Petitioner Nima Gharavi is the exclusive owner of the copyright(s) in the motion picture(s) ("the Work") allegedly infringed.

2. **Alleged Infringement**: Petitioner has discovered that one or more individuals using Service Provider's platform have allegedly infringed Petitioner's exclusive rights, including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproductions copied from the Work to which Petitioner retains exclusive copyright(s).

3. **Notification Sent to Service Provider**: Petitioner sent one or more notifications to Service Provider in compliance with 17 U.S.C. § 512(c)(3)(A), requesting the removal of the infringing material, attached as Exhibit 1.

4. **Purpose of Subpoena**: The purpose of this narrowly tailored subpoena is to obtain information sufficient to identify the alleged infringer(s).

5. **Compliance with Statutory Requirements**: Pursuant to 17 U.S.C. § 512(h)(2), Petitioner has submitted:

   o A copy of the notification(s) sent to Service Provider (Exhibit 1);

- o   A proposed subpoena (Exhibit 2); and

- o   A sworn declaration confirming that the subpoena is sought solely for the purpose of protecting Petitioner's rights under Title 17 (Exhibit 3).

**Clerk's Duty to Issue Subpoena**: Under 17 U.S.C. § 512(h)(4), if the notification satisfies the requirements of Section 512(c)(3)(A), and the proposed subpoena and declaration are in proper form, the Clerk of Court shall expeditiously issue and sign the subpoena.

Dated: January 7, 2025

Nima Gharavi
Petitioner Pro Se

# Exhibit 1

DMCA Takedown Notification #1

**From:** YouTube Copyright <youtube-disputes+091bbxilkxhsk07@google.com>
**Sent:** Wednesday, January 1, 2025 8:27 PM
**To:** nima@midwestwrestle.com
**Subject:** [X5QQHYFP5SHWW25ZG6YWHVG5SU] YouTube Copyright Complaint Submission

[External email - use caution]

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

2

- Phone: (773) 899-4688

<br>

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iHinfDWDM3A
- Describe the work allegedly infringed: My video
    - Source of video: v3E8-596mlo
    - Type of video: Internet video
    - Where does the content appear? Entire video

<br>

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

<br>

On Jan 2, 2025 nima@midwestwrestle.com wrote:
Video IDs: iHinfDWDM3A

3

DMCA Takedown Notification #2

**From:** YouTube Copyright <youtube-disputes+0qur9q742a78607@google.com>
**Sent:** Friday, January 3, 2025 4:18 PM
**To:** nima@midwestwrestle.com
**Subject:** [Z77HQG37CTXV3ROYPIYB52VUSQ] YouTube Copyright Complaint Submission

[External email - use caution]

 **YouTube**

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

4

- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=gzaJdkalByU
- Describe the work allegedly infringed: My video
    - Source of video: mGvVNEOEG7g
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:05:59 :
      https://www.youtube.com/watch?v=gzaJdkalByU&t=0
      It appears in your source video from 0:00:02 to 0:06:01 :
      https://www.youtube.com/watch?v=mGvVNEOEG7g&t=2

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner
      of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or
      the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who
      knowingly materially misrepresents that material or activity is
      infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

**YouTube**

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

5

On Jan 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: gzaJdkalByU

<u>DMCA Takedown Notification #3</u>

**From:** YouTube Copyright <youtube-disputes+1s8yrpffemdsd07@google.com>
**Sent:** Tuesday, January 7, 2025 8:48 PM
**To:** nima@midwestwrestle.com
**Subject:** [4W5IMFN7ZS2ATIEBKREQPDSQM4] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Creator
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>

7

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QVycvZNSp4k
- Describe the work allegedly infringed: My video
    - Source of video: R3pJw007qXg
    - Type of video: Internet video
    - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=jTy5fAxy6lw
- Describe the work allegedly infringed: My video
    - Source of video: -sOB_L1hUAo
    - Type of video: Internet video
    - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ksE_kd0XQqA
- Describe the work allegedly infringed: My video
    - Source of video: wWBs8dSzkFc
    - Type of video: Internet video
    - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=mQ8z-s0_O0Q
- Describe the work allegedly infringed: My video
    - Source of video: R3pJw007qXg
    - Type of video: Internet video
    - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rUPakES4esk
- Describe the work allegedly infringed: My video
    - Source of video: wWBs8dSzkFc

- o  Type of video: Internet video
- o  Where does the content appear? Entire video


- • URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ye7IGKNhfwo
- • Describe the work allegedly infringed: My video
  - o  Source of video: -sOB_L1hUAo
  - o  Type of video: Internet video
  - o  Where does the content appear? Entire video


- • Country where copyright applies: US
- • I state UNDER PENALTY OF PERJURY that:
  - o  I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - o  I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - o  This notification is accurate.
  - o  I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - o  I understand that abuse of this tool will result in termination of my
    YouTube channel.
- • Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jan 8, 2025 nima@midwestwrestle.com wrote:

9

**Video IDs:** QVycvZNSp4k, jTy5fAxy6lw, ksE_kd0XQqA, mQ8z-s0_O0Q, rUPakES4esk, ye7IGKNhfwo

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| In re DMCA 512(h) Subpoena to Google LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                   Google LLC c/o Corporation Service Company
                2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833
                        *(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Nima Gharavi | Date and Time: |
|---|---|
| 4610 North Clark St. #1098 | |
| Chicago, IL 60640 | 01/07/2025 7:25 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

          *CLERK OF COURT*
                                    OR
          _____         _____
          *Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nima Gharavi _____ , who issues or requests this subpoena, are:

Petitioner Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*                          .

☐ I served the subpoena by delivering a copy to the named person as follows:

on *(date)*                          ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$                          .

My fees are $                          for travel and $                          for services, for a total of $         0.00         .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or

 (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT A**
**SCHEDULE OF DOCUMENTS TO BE PRODUCED**

DOCUMENT  REQUESTS

All information regarding the identity of, including but not limited to the individual name, age, organization name, email address, phone number, mailing address, account creation date, account creation IP address, IP address history, and any other electronically stored identifying information for the subsequently listed user account(s).

USER ACCOUNTS FROM DMCA NOTICE #1

1.  @eryol99 (eryol salas)

    a.  https://www.youtube.com/@eryol99

USER ACCOUNTS FROM DMCA NOTICE #2

2.  @proteriq2m68 (Abhay_z9)

    a.  https://www.youtube.com/@proteriq2m68

USER ACCOUNTS FROM DMCA NOTICE #3

1.  @AquaGuys2024 (Aqua Guys)

    a.  https://www.youtube.com/@AquaGuys2024

1

# Exhibit 3

1

2   NIMA GHARAVI
    4610 North Clark St. #1098
3   Chicago, IL 60640
    +1 (773) 899-4688
4   dmca@midwestwrestle.com
5   Petitioner Pro Se

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12

13                                          | Case No.:

14
    IN RE DIGITAL MILLENNIUM                | DECLARATION IN SUPPORT OF
15  COPYRIGHT ACT SECTION 512(h)            | SUBPOENA TO OBTAIN THE
    SUBPOENA TO GOOGLE LLC                  | IDENTITY OF (AN) ALLEGED
16                                          | INFRINGER(S) PURSUANT TO 17
17                                          | U.S.C. § 512(h)

18

19

20

21

22

23

24

25

26

27

28

---

                                    1

I, Nima Gharavi, declare under penalty of perjury that the following is true and correct:

1. **Purpose**: I am the original creator and exclusive owner of all copyrights in all motion pictures published to the YouTube channel "https://www.youtube.com/MidwestWrestle" (collectively "the Work") protected under U.S. copyright law. I have reason to believe that one or more individuals have infringed my copyright(s) in the Work by publishing one or more unauthorized reproductions copied from the Work.

2. **DMCA Notice**: I sent one or more DMCA takedown notices ("Exhibit 1") to Google LLC pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringement.

3. **Request for Subpoena**: I am requesting the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) to identify the alleged infringer(s). The information sought through this subpoena will be used solely for the purpose of protecting my rights under Title 17.

4. **Good Faith Belief**: I have a good faith belief that the use of the material in the manner complained of is not authorized by me, my agent, or the law.

DECLARATION IN SUPPORT OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)
CASE NO.:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 7, 2025 at Chicago, Illinois.

Nima Gharavi
Petitioner Pro Se

DECLARATION IN SUPPORT OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)
CASE NO.: