| | |
|---|---|
| 1 | Your name: Nima Gharavi |
| 2 | Address: 4610 North Clark St. #1098 |
| 3 | Chicago, IL 60640 |
| 4 | Phone Number: +1 773-899-4688 |
| 5 | Fax Number: |
| 6 | E-mail Address: dmca@midwestwrestle.com |
| 7 | Pro Se [Select one: Plaintiff or Defendant] Petitioner |

**FILED**
JAN 09 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

[Select one location: San Francisco / Oakland / San Jose / Eureka]

In Re Digital Millenium Copyright Act Section 512(h) Subpoena to Meta Platforms, Inc.

Plaintiff(s),
vs.

Defendant(s).

Case Number: CV-25 80001 MISC

Title of Document: Request to the clerk for issuance of subpoena pursuant to 17 USC §512(h) to identify alleged copyright infringer(s)

[signature] 1/9/25

TITLE OF DOCUMENT: _____ CASE NO.: _____
PAGE NO. ___ OF ___ [JDC TEMPLATE]

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re DMCA 512(h) Subpoena to Google LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Google LLC c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Nima Gharavi<br>4610 North Clark St. #1098<br>Chicago, IL 60640 | Date and Time:<br>01/31/2025 3:49 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nima Gharavi _____, who issues or requests this subpoena, are:
Petitioner Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).