# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| In re DMCA 512(h) Subpoena to Google LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:25-mc-80001-PHK |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Google LLC c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Nima Gharavi<br>4610 North Clark St. #1098<br>Chicago, IL 60640 | Date and Time:<br>01/31/2025 3:49 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: January 10, 2025

CLERK OF COURT
Mark B. Busby
*Kim Means*
*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
Nima Gharavi
Petitioner Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# ATTACHMENT A to Subpoena to Google LLC
# SCHEDULE OF DOCUMENTS TO BE PRODUCED

## DOCUMENT REQUESTS

All information regarding the identity of, including but not limited to the individual name, age, organization name, email address, phone number, mailing address, account creation date, account creation IP address, IP address history, and any other electronically stored identifying information for the subsequently listed user account(s).

## USER ACCOUNTS FROM DMCA NOTICE #1

1. @eryol99 (eryol salas)

    a. https://www.youtube.com/@eryol99

## USER ACCOUNTS FROM DMCA NOTICE #2

2. @proteriq2m68 (Abhay_z9)

    a. https://www.youtube.com/@proteriq2m68

## USER ACCOUNTS FROM DMCA NOTICE #3

1. @AquaGuys2024 (Aqua Guys)

    a. https://www.youtube.com/@AquaGuys2024

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: